# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DAMON D. CHILDS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:09MJ00249**<br>Citation Number : 1844822<br><br>CHARLES LEE<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   pleaded guilty to CITATION <u>1844822</u>.
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | CITATION NUMBER |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL TO A DEGREE THAT ONE CANNOT SAFELY OPERATE | 11/10/2009 | 1844822 |

   The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[x ]   Citations 1844823, 1844824, and 1844825  are18 dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.            [ ]   Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2009
Date of Imposition of Judgment

/s/ Dennis L. Beck
Signature of Judicial Officer

**DENNIS L. BECK**, United States Magistrate Judge
Name & Title of Judicial Officer

11/30/2009
Date

CASE NUMBER:        6:09MJ00249                                         Judgment - Page 2 of 3
DEFENDANT:          DAMON D. CHILDS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Park Service to be imprisoned for a total term of 2 Days with credit for time served .

## UNSUPERVISED PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation for a term of 18 Months .

## SPECIAL CONDITIONS OF SUPERVISION

1.   Obey all laws.

AO 245B-CAED (Rev. 3/04)  Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:        6:09MJ00249                                                                 Judgment - Page 3  of  3
DEFENDANT:          DAMON D. CHILDS

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|                    | Assessment | Fine      | Processing Fee |
|--------------------|------------|-----------|----------------|
| Totals: $1,800.00  | $ 10.00    | $1,790.00 | $              |

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

Payment in equal  Monthly  installments of $  100.00  to commence  11/30/2009  and every 30 days thereafter until paid in full.